# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN ALLEN RAINWATER, | ) | NO. CV 08-3789-CJC(E) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| | ) | |
| DR. FREDERICO BANALES, Ph.D., M.D., et al., | ) | CONCLUSIONS AND RECOMMENDATIONS |
| | ) | |
| | ) | OF UNITED STATES MAGISTRATE JUDGE |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) Defendant's motion for summary judgment on the pleadings is granted; and (2) Judgment is entered for Defendants.

///

///

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2 the Magistrate Judge's Report and Recommendation and the Judgment
3 herein by United States mail on Plaintiff and counsel for Defendants.
4
5    LET JUDGMENT BE ENTERED ACCORDINGLY.
6
7    DATED: December 9, 2008.
8
9                                     _____
10                                            CORMAC J. CARNEY
                                          UNITED STATES DISTRICT JUDGE