JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOHN ALLEN RAINWATER, | ) | NO. CV 08-3789-CJC(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| DR. FREDERICO BANALES, Ph.D., M.D., et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Judgment is entered for Defendants.

DATED: December 9, 2008.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE